**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-24642-KMM

RENZO BARBERI,

        Plaintiff,

        vs.

SHAFIYA & RAHIMA CORPORATION, a
Florida Profit Corporation d/b/a LA
AZTECA DE ORO

        Defendant.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

The undersigned counsel hereby files this Notice of Settlement and gives notice to this

Honorable Court that the parties have agreed to resolve all the issues pertaining to this lawsuit

and will be submitting a Stipulation of Dismissal on or before May 17, 2025.

Respectfully submitted,

By: *<u>Ronald E. Stern</u>*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, RENZO BARBERI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-24642-KMM

RENZO BARBERI,

       Plaintiff,

       vs.

SHAFIYA & RAHIMA CORPORATION, a
Florida Profit Corporation d/b/a LA
AZTECA DE ORO

       Defendant.
_____/

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 17, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *<u>Ronald E. Stern</u>*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff