**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-24642-KMM

RENZO BARBERI,

       Plaintiff,

       vs.

SHAFIYA & RAHIMA CORPORATION, a
Florida Profit Corporation d/b/a LA
AZTECA DE ORO,

       Defendant.

_____/

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff, RENZO BARBERI, and Defendant, SHAFIYA & RAHIMA CORPORATION d/b/a LA AZTECA DE ORO (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
The Advocacy Law Firm, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

By: *Mohammad Siddiqi*
Mohammad Siddiqi, Esq.
Florida Bar No. 78416
The Siddiqi Law Firm, P.A.
12039 SW 132nd Court, Suite 30
Miami, FL 33186
Telephone: (305) 676-5700
Facsimile: (305) 676-5800
Email: epleadings@gmail.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-24642-KMM

RENZO BARBERI,

       Plaintiff,

       vs.

SHAFIYA & RAHIMA CORPORATION, a
Florida Profit Corporation d/b/a LA
AZTECA DE ORO,

       Defendant.
_____/

## <u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that on May 19, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

3